# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL MARINO, | : | Civil No. 1:23-cv-00516 |
| Petitioner, | : | |
| v. | : | |
| LSCI ALLENWOOD WARDEN R. THOMPSON, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 28th day of July, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, Doc. 1, is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
